UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HELEN PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO._____ |
| | ) |
| U.S. SECURITY ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant U.S. Security Associates, Inc. (hereinafter "USSA"), by and through its undersigned counsel, hereby petitions for removal of this action. USSA states the following in support of its Notice of Removal:

1. USSA desires to exercise its rights pursuant to 28 U.S.C. § 1441 *et. seq.* to remove this action from the Circuit Court of the Fourteenth Judicial District, in and for Bay County, Florida, where it is now pending, to the United States District Court for the Northern District of Florida, Panama City Division.

2. On March 25, 2019, Plaintiff Helen Page commenced an action against USSA styled *Helen Page v. U.S. Security Associates, Inc.*, Case No. 19000837CA, in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida. In her Complaint, Plaintiff alleges claims for gender discrimination and retaliation pursuant to Chapter 760 of the Florida Statutes.

3. On June 28, 2019, USSA was served with a copy of the Summons and Complaint.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and this action is now one that may be removed to this Court, pursuant to the provisions of 28 U.S.C. § 1441 *et seq.*, in that there is diversity of citizenship among the parties and more than $75,000 in controversy. USSA is a corporation formed under the laws of the state of Delaware. Its principal place of business is located in Roswell, Georgia. Plaintiff is a citizen of the state of Florida. As discussed below, Plaintiff's Complaint seeks damages in excess of $75,000.

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after USSA first ascertained that the action was removable. When USSA was first served with Plaintiff's Complaint, it was unable to determine whether there was $75,000 at issue. *See* Declaration of David Hamilton ("Hamilton Dec."), at ¶ 4, attached hereto as Exhibit "A." However, on October 3, 2019, USSA received a written settlement demand from Plaintiff's counsel. Hamilton Dec. at ¶ 5. Based on that written settlement demand, it is now clear that Plaintiff is seeking more than $75,000 in this lawsuit. *Id.*

6. Based on the foregoing, USSA desires and is entitled to have this cause removed from the Circuit Court of the Fourteenth Judicial Circuit, Bay County,

Florida, where it is now pending, to the United States District Court for the Northern District of Florida, such being the federal district where said suit is pending.

7. Pursuant to 28 U.S.C. § 1446, USSA attaches herewith and incorporates by reference copies of the following documents served upon the parties in this action:

    a. Copies of the Summons and Complaint filed in the Circuit Court of the Fourteenth Judicial Circuit, Bay County, Florida, and served upon USSA, marked as Exhibit "B";

    b. USSA's Answer To Plaintiff's Complaint, filed July 17, 2019, marked as Exhibit C;

8. Notice of the Removal has been served upon Plaintiff via electronic transmission and is being promptly filed with the Clerk of the Court for the Circuit Court of the Fourteenth Judicial Circuit, Bay County, Florida, pursuant to 28 U.S.C. § 1446(d).

8. By filing this Notice of Removal, USSA has not and does not waive any defenses it might assert or its right to bring any application anywhere in relation to this litigation or its subject matter.

WHEREFORE, USSA prays that this action be removed to this Court and this Court accept jurisdiction of this action in its entirety and henceforth that this action be placed on the docket of the Court for further proceedings, the same as though this action originally had been instituted in this Court.

Respectfully submitted this 4th day of November 2019.

**HALL, GILLIGAN, ROBERTS & SHANLEVER LLP**

*/s/ Mark L. Bonfanti*
Mark L. Bonfanti
Florida Bar No.  0010185
4987 East Co. Hwy 30-A
Santa Rosa Beach, Florida 32459
(850) 213-4889
mbonfanti@hagrslaw.com

--and--

**MARTENSON, HASBROUCK & SIMON LLP**

David C. Hamilton
Georgia Bar No. 141397
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
(404) 909-8100
(404) 909-8120 (facsimile)
dhamilton@martensonlaw.com
 **Attorneys for Defendant**
 **U.S. Security Associates, Inc.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **HELEN PAGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO._____ |
| ) | |
| **U.S. SECURITY ASSOCIATES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing document entitled **NOTICE OF REMOVAL** via electronic transmission to the following attorney of record:

Farnita Saunders Hill
farnita@mattoxlaw.com
Marie A. Mattox, P.A.
203 N. Gadsden Street
Tallahassee, Florida 32301

This 4th day of November 2019.

/s/ Mark L. Bonfanti
Mark L. Bonfanti

5